O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-6543 AHM (RCx) | Date | September 18, 2008 |
|---|---|---|---|
| Title | SINEAD NORENIUS.  v. MULTALER, INC., ET AL., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Not Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

The Court grants Plaintiff's motion to dismiss this action without prejudice upon the following conditions, all of which must be satisfied:

1. Plaintiff must file papers in opposition to the pending summary judgment motion by September 22, 2008.

2. Plaintiff must stipulate that she will not oppose the New Jersey court taking the papers the parties filed in connection with Defendants' motion for summary judgment in this court into consideration if it chooses to do so.

3. Plaintiff must file proof with this court that she has satisfied the order entered by Magistrate Judge Rosalyn M. Chapman on July 14, 2008.

4. Plaintiff must stipulate that the New Jersey court may, if warranted under New Jersey law or procedure, take into account the conduct of the parties in this court in granting or denying any request for relief.

Plaintiff must satisfy all of the foregoing conditions by September 23, 2008.  If she fails to do so, her motion will be denied.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |